**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA GELINAS, | CASE NO.: CV 10-6804-GW(VBKx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| JPMORGAN CHASE BANK, a New York Corporation, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to bear their own costs and fees.

DATED: August 10, 2011

*/s/ George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE